No. 97–2020. METROPOLITAN TRANSPORTATION AUTHORITY v. NEW YORK MAGAZINE. C. A. 2d Cir. Certiorari denied. ▮

No. 97–2021. TODD ET UX., ON THEIR OWN BEHALF AND AS NEXT FRIENDS FOR THEIR SON, TODD, ET AL. v. RUSH COUNTY SCHOOLS ET AL. C. A. 7th Cir. Certiorari denied. ▮

No. 97–2022. PUTNAM v. PROULX ET AL. Sup. Jud. Ct. Me. Certiorari denied.

No. 97–2023. NEIRA v. BANDERA COUNTY FRESH WATER SUPPLY DISTRICT No. 1. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 97–2025. VORHEES, AS EXECUTOR OF THE LAST WILL AND TESTAMENT OF BRACH, A PERSON PRESUMED DEAD v. BROWN, SECRETARY, ILLINOIS DEPARTMENT OF TRANSPORTATION, ET AL. C. A. 7th Cir. Certiorari denied. ▮

No. 97–2026. ARIZONA v. BRANHAM. Ct. App. Ariz. Certiorari denied. ▮

No. 97–2027. JACOBSEN v. SOUTH DAKOTA. Sup. Ct. S. D. Certiorari denied. ▮

No. 97–2028. TRAVELERS INDEMNITY COMPANY OF ILLINOIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 97–2030. SCHOOL DISTRICT OF PHILADELPHIA v. SULLIVAN ET AL.; and
No. 98–161. BUTLER, SECRETARY, PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY, ET AL. v. SULLIVAN ET AL. C. A. 3d Cir. Certiorari denied. Reported below: 139 F. 3d 158.

No. 97–2031. TDK CORP. v. WARREN/SHERER REFRIGERATION CO. ET AL. Ct. App. La., 1st Cir. Certiorari denied.